|   |   |
|---|---|
| 1 | GIA N. MARINA |
|   | Nevada Bar No. 15276 |
| 2 | **CLARK HILL PLLC** |
|   | 1700 South Pavilion Center Drive, Suite 500 |
| 3 | Las Vegas, Nevada  89135 |
|   | E-mail: gmarina@clarkhill.com |
| 4 | Telephone:  (702) 862-8300 |
|   | Facsimile:  (702) 778-9709 |
| 5 | *Attorney for Defendant* |
|   | *National Consumer Telecom & Utilities* |
| 6 | *Exchange, Inc.* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| MELISSA CRESSEY, | ) | Case No. 2:24-cv-01085-JCM-DJA |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER** |
|  | ) |  |
| NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; INNOVIS DATA SOLUTIONS, INC. and CLARITY SERVICES, INC., | ) |  |
|  | ) |  |
|  | ) | **FIRST REQUEST** |
|  | ) |  |
| Defendants. | ) |  |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from July 5, 2024 through and including **August 5, 2024**. The request was made by NCTUE so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff

/ /

/ /

1  approves.  This stipulation is filed in good faith and not intended to cause delay.

2  Respectfully submitted, this 5TH day of July, 2024.

3

4  CLARK HILL PLLC

*No opposition*
/s/Gerardo Avalos

5  By: /s/*Gia N. Marina*
Gia N, Marina
George Haines, Esq.
Nevada Bar No. 9411

6  1700 South Pavilion Center Drive, Suite 500
Gerardo Avalos

7  Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Nevada Bar No. 15171
FREEDOM LAW GROUP

8  Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

9  *Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*
Phone: (702) 880-5554

10  Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com

11  Email: gavalos@freedomlegalteam.com

12  *Attorneys for Plaintiff*

13

14

15

16

17  IT IS SO ORDERED:

18  [signature]

19  _____
United States Magistrate Judge

20  DATED:  7/8/2024

21

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 5TH day of July, 2024, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*  
Gia N. Marina  
Nevada Bar No. 15276  
1700 South Pavilion Center Drive, Suite 500  
Las Vegas, Nevada  89135  
Telephone:  (702) 862-8300  
Facsimile:  (702) 778-9709  
Email: gmarina@clarkhill.com